[Decided July 23, 1894.]

## HAMBLIN REAL ESTATE COMPANY *v.* CITY OF ASTORIA.
[S. C. 40 Pac. 230.]

APPEAL from Clatsop: THOS. A. McBRIDE, Judge.

*Mr. George Noland,* for Appellant.

*Mr. F. D. Winton,* for Respondents.

PER CURIAM.   The facts in this case are the same as in the case of *Welch* v. *City of Astoria, ante,* p. 89, 37 Pac.

66, decided July fifth, eighteen hundred and ninety-four, with the exception that the complaint not only contains an allegation of tender, but also that it was kept good by bringing and depositing the amount thereof in court for the defendant, and hence within the principle announced in the Welch case, the complaint states a cause of suit. The decree must therefore be reversed and the cause remanded for trial.                    REVERSED.